IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**
DISTRICT OF COLUMBIA



SEP 19 2022

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-216 (JMC) |
| | ) | |
| EGHBAL SAFFARINIA | ) | **VERDICT FORM** |
| (a/k/a "EDDIE SAFFARINIA"), | ) | |
| | ) | |
| Defendant. | ) | |

I.     As to Count 1, charging Defendant Eghbal "Eddie" Saffarinia with concealment of material facts, in violation of 18 U.S.C. § 1001(a)(1), we, the jury, unanimously find Mr. Saffarinia:

**COUNT 1:**          NOT GUILTY _____          GUILTY ____✓____

II.     As to Count 2, charging Defendant Eghbal "Eddie" Saffarinia with making a false statement, in violation of 18 U.S.C. § 1001(a)(2) (2014 OGE Form 278), we, the jury, unanimously find Mr. Saffarinia:

**COUNT 2:**          NOT GUILTY _____          GUILTY ___✓____

III.    As to Count 3, charging Defendant Eghbal "Eddie" Saffarinia with making a false statement, in violation of 18 U.S.C. § 1001(a)(2) (2015 OGE Form 278), we, the jury, unanimously find Mr. Saffarinia:

**COUNT 3:**            NOT GUILTY _____            GUILTY ___✓___

IV.    As to Count 4, charging Defendant Eghbal "Eddie" Saffarinia with making a false statement, in violation of 18 U.S.C. § 1001(a)(2) (2016 OGE Form 278), we, the jury, unanimously find Mr. Saffarinia:

**COUNT 4:**            NOT GUILTY _____            GUILTY ___✓___

V.    As to Count 5, charging Defendant Eghbal "Eddie" Saffarinia with falsification of a record or document, in violation of 18 U.S.C. § 1519 (2014 OGE Form 278), we, the jury, unanimously find Mr. Saffarinia:

**COUNT 5:**            NOT GUILTY _____            GUILTY ___✓___

2

VI.    As to Count 6, charging Defendant Eghbal "Eddie" Saffarinia with falsification of a record or document, in violation of 18 U.S.C. § 1519 (2015 OGE Form 278), we, the jury, unanimously find Mr. Saffarinia:

**COUNT 6:**              NOT GUILTY _____              GUILTY __√____

VII.    As to Count 7, charging Defendant Eghbal "Eddie" Saffarinia with falsification of a record or document, in violation of 18 U.S.C. § 1519 (2016 OGE Form 278), we, the jury, unanimously find Mr. Saffarinia:

**COUNT 7:**              NOT GUILTY _____              GUILTY __/____

9/19/2022
DATE                                              FOREPERSON

3